```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 25996
   RICHARD DONALD SCHNEIDER
   ELIZABETH SCHNEIDER                       CHAPTER 13

                                             JUDGE: BRUCE W BLACK
        Debtor
   SSN XXX-XX-9679     SSN XXX-XX-7674
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 07/13/04 and confirmed on 09/23/04.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $ 161080.00 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| CENLAR | SECURED | 45954.47 | .00 | 45285.26 |
| LASALLE BANK NA | CURRENT MORTG | 29091.00 | .00 | 29091.00 |
| ROUNDUP FUNDING LLC | UNSECURED | 8110.84 | 675.49 | 8110.84 |
| CAPITAL ONE FINANCIAL | UNSECURED | 328.46 | 28.58 | 328.46 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 600.99 | 50.82 | 600.99 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 15571.72 | 1296.87 | 15571.72 |
| CITICARDS PRIVATE LABEL | UNSECURED | 2409.42 | 191.73 | 2409.42 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1080.52 | 89.70 | 1080.52 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8998.78 | 749.45 | 8998.78 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 422.98 | 35.98 | 422.98 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1093.03 | 91.19 | 1093.03 |
| CARD SERVICE CENTER | UNSECURED | 1161.64 | 97.11 | 1161.64 |
| TRACE AMBULANCE | UNSECURED | NOT FILED | .00 | .00 |
| US BANK | UNSECURED | 21092.36 | 1756.88 | 21092.36 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 825.56 | 69.00 | 825.56 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 132.33 | 11.77 | 132.33 |
| CENLAR | MORTGAGE ARRE | 8800.00 | .00 | 7986.13 |
| CENLAR | COST OF COLLE | 500.00 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 83845.47 | 500.00 | 61828.63 | .00 | 146174.10 |
| PRINCIPAL PAID | 82362.39 | .00 | 61828.63 | .00 | 144191.02 |
| INTEREST PAID | .00 | .00 | 5144.57 | .00 | 5144.57 |
| TOTAL PAID | 82362.39 | .00 | 66973.20 | .00 | 149335.59 |

The Debtor's attorney, PETER FRANCIS GERACI            , was allowed $   2700.00 and was paid $    2700.00 .

The Trustee received $   6935.39 .

Refunds to the Debtor totaled $   2109.02 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 08/19/08                       /S/
                                        GLENN STEARNS
                                      CHAPTER 13 TRUSTEE